UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                                      Case No. 12-cr-14-PB

**Felix Fernandez**


**O R D E R**

The defendant has moved through counsel to continue the trial scheduled for June 5, 2012, citing the need for additional time to allow defendant to complete a treatment program at the Phoenix House, complete discovery, and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from June 5, 2012 to August 21, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 24, 2012 final pretrial conference is continued to July 31, 2012 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro<br>
Paul Barbadoro<br>
United States District Judge

May 7, 2012

cc: Robert S. Carey, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal