**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                        Case No. 12-cr-14-PB

**Felix Fernandez**


**O R D E R**


The defendant has moved through counsel to continue the August 21, 2012 trial in the above case, citing the need for additional time determine whether defendant may qualify for the LASER docket. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2012 to November 6, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 31, 2012 final pretrial conference is continued to October 29, 2012 at 4:15 p.m.  No further continuances.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

July 24, 2012

cc:   Robert S. Carey, Esq.
      Terry L. Ollila, AUSA
      United States Marshal
      United States Probation