**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

  **v.**            Case No. 12-cr-14-PB

<u>**Felix Fernandez**</u>

<u>**O R D E R**</u>

  The defendant has moved to continue the November 6, 2012 trial in the above case for a period of 30 days, citing the need for additional time to either be admitted to the LASER docket or set the matter for a plea hearing. The government does not object to a continuance of the trial date.

  Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from November 6, 2012 to December 4, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 29, 2012 final pretrial conference is continued to November 27, 2012 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 25, 2012

cc: Robert S. Carey, Esq.
    Terry Ollila, AUSA
    United States Marshal
    United States Probation