UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                    Case No. 12-cr-14-PB

**Felix Fernandez**

## O R D E R

The defendant has moved to continue the December 4, 2012 trial in the above case.  Defendant plead guilty to counts two through seven of the indictment on November 27, 2012, and sentencing is now scheduled for March 29, 2013.  The parties anticipate a trial on Count One to commence after the sentencing date.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from December 4, 2013 to April 2, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

December 4, 2012

cc:  Robert S. Carey, Esq.
     Terry Ollila, AUSA
     United States Marshal
     United States Probation